Below is the Order of the Court.

*Mary Jo Heston*
_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

RYAN SCOTT RODGERS, and
RACHEL MARIE RODGERS,

Debtors.

Case No. 16-44309-MJH

AGREED ORDER APPROVING THE DISBURSEMENT OF FUNDS

## ORDER APPROVING DISBURSEMENT OF FUNDS

**THIS MATTER** having come on before the above entitled Court on the Trustee's *ex parte* motion to disburse funds, Michael G. Malaier, Standing Chapter 13 Trustee, by and through his attorney, Matthew J.P. Johnson, and the Debtors, by and through their attorney, Ellen Brown, agreeing that said money should be disbursed to WSECU for its secured claim and the remainder should be refunded to the debtors, the Court having reviewed the records and files herein, and being fully advised, it is hereby

**ORDERED**, that:

AGREED ORDER    -1

Michael G. Malaier
Standing Chapter 13 Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

The Trustee is authorized to disburse an amount sufficient from the insurance proceeds on hand to pay WSECU's secured claim (Claim #4-1) in full, with the remainder to be refunded to the debtors.

///End of Order///

Presented By:

/s/ *[signature]*
Matthew J.P. Johnson, WSBA #40476, for
Michael G. Malaier, Chapter 13 Trustee

Agreed to/Notice of Presentment Waived by:

/s/ *[signature]*
Ellen Brown, WSBA #27992
Attorney for Debtors

AGREED ORDER -2